# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WILLIAM CHARLES FREDERICK (#2002070140)

VERSUS

ST. MARY PARISH LAW ENFORCEMENT CENTER, ET AL.

CIVIL ACTION

NO. 17-0297-JWD-EWD

## **O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated June 8, 2017, to which no objection was filed:

**IT IS ORDERED** that this matter is transferred to the Western District of Louisiana for further proceedings.

**IT IS FURTHER ORDERED** that a determination regarding Plaintiff's right to proceed as a pauper herein is deferred to the transferee court for resolution and disposition.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 26, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA